NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN NEEDLE, INC.,**
*Plaintiff-Appellant*

**v.**

**ZAZZLE INC., CAFEPRESS INC.,**
*Defendants-Appellees*

---

2016-1550, 2016-1556

---

Appeals from the United States District Court for the Northern District of Illinois in Nos. 1:15-cv-03968, 1:15-cv-03971, Judge John W. Darrah.

---

## JUDGMENT

---

MATTHEW MICHAEL WAWRZYN, Wawrzyn & Jarvis LLC, Chicago, IL, argued for plaintiff-appellant.

MEGAN S. WOODWORTH, Venable LLP, Washington, DC, argued for defendants-appellees. Defendant-appellee Zazzle Inc. also represented by ANDREW F. PRATT.

JOSHUA LEE RASKIN, Greenberg Traurig LLP, New York, NY, for defendant-appellee CafePress Inc. Also represented by IAN CHARLES BALLON, East Palo Alto, CA.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, REYNA and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 10, 2016
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court